JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY L. PRESSNELL, an individual and SANDRA E. PRESSNELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No.: 8:12-cv-01628-AG-JC<br><br>**ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

611623.1

The Court, having reviewed the stipulation ("Stipulation") entered into by and among Plaintiffs Jerry L. Pressnell and Sandra E. Pressnell, and Defendant Bank of America, N.A, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is approved.

(1) This matter is dismissed without prejudice; and

(2) Any subsequent filings by Plaintiffs regarding the same injuries to the same rights as expressed in the Complaint, and over which the United States District Court Central District of California has jurisdiction, shall be brought in United States District Court Central District of California and will be heard by Honorable Andrew J. Guilford.

Dated:  April 08, 2013        _____
                              Hon. Andrew J. Guilford
                              United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414